UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| EL FARMER, INC., *et al.*,<br><br>**Appellants,**<br><br>v.<br><br>COMMONWEALTH OF PUERT RICO, *et al.*,<br><br>**Appellees.** | **Civil No.** 23-1173 (FAB)<br><br>**Bcy No.** 22-00036 (MCF)<br>**Adv. Proc. No.** 22-067 (MCF) |

**JUDGMENT**

In accordance with the Opinion and Order entered today (Docket No. 15), the bankruptcy court's dismissal order is **REVERSED**. This case is **REMANDED** to the bankruptcy court for further proceedings.

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, September 22, 2023.

                                            s/ Francisco A. Besosa
                                            FRANCISCO A. BESOSA
                                            SENIOR UNITED STATES DISTRICT JUDGE