IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>EL FARMER INC<br><br>　　　　Debtor(s)<br>CONDADO 5 LLC<br>　　　　Plaintiff(s)<br><br>OFFICE FOR REGULATION OF THE DAIRY INDUSTRY (ORIL) Through its Administrator, JAVIER LUGO RULLAN<br>　　　　Defendant(s) | CASE NO. 22-00036-MCF12<br>Chapter 12<br><br>ADVERSARY NUMBER: 22-00067-MCF<br><br>FILED & ENTERED ON OCT/25/2023 |

## JUDGMENT

Upon the order entered by the Honorable Mildred Caban Flores on October 25, 2023, dismissing the main case (Docket No. 153), it is now

ADJUDGED AND DECREED that judgment be and is hereby entered dismissing the above captioned adversary proceeding.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 25 day of October, 2023.

*Mildred Caban*

Mildred Caban Flores
United States Bankruptcy Judge